**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DANIEL F. HAUSCHILD,

                Plaintiff,

  -against-                                       21 **CIVIL** 7580 (CS)

                                                          **<u>JUDGMENT</u>**

UNITED STATES MARSHALS SERVICE,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 8, 2023, Defendant's motion is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       March 8, 2023

                                                           **RUBY J. KRAJICK**

                                                           _____
                                                           **Clerk of Court**

                            **BY:**      K. Mango

                                                           _____
                                                           **Deputy Clerk**